## CITY OF BLOOMINGTON *v.* LUZADDER.

[No. 13,353.   Filed February 19, 1929.]

*James B. Wilson* and *Fred M. Wilson,* for appellant.
*Theodore J. Louden,* for appellee.

PER CURIAM.—Affirmed, with ten per cent. penalty.

## HIXON *v.* NIMAN.

[No. 13,397.   Filed February 20, 1929.]

*Walter O. Lewis,* for appellant.
*L. R. Zapf,* for appellee.

LOCKYEAR, J.—Affirmed, on authority of *Hixon* v. *Niman* (1929) *ante* 630, 165 N. E. 82.

## STOLL *v.* BOLIN.

[No. 13,468.   Filed February 23, 1929.]

*E. W. Johnson,* for appellant.
*Curtis & Curtis,* for appellee.

PER CURIAM.—Judgment affirmed.